# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4081
EMAIL ADDRESS: Leo.Ernst@jacksonlewis.com

February 17, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
U.S.D.C. for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

           Re:   *Harris v. Anaheim Ducks Hockey Club, LLC, et al.*
                 26 Civ. 66 (LAP)

Dear Judge Preska:

      We represent Defendants National Hockey League ("NHL") and Patrice Distler ("Ms. Distler," together with NHL, "NHL Defendants") in the above-referenced action. We write, jointly with Plaintiff and pursuant to Your Honor's Individual Practices, Rule I(E), to respectfully request an extension to May 15, 2026 for NHL Defendants to answer, move, or otherwise respond. Plaintiff consents to this request. This is the NHL Defendants' first such request. The requested extension does not affect any other scheduled dates.

      The NHL was served with the Complaint on January 29, 2026, meaning its deadline to respond is currently February 19, 2026. Ms. Distler has not been served with the Complaint, but agrees to waive service pursuant to Fed. R. Civ. P. 4(d) which Plaintiff has agreed to invoke for purposes of effecting service.

      Plaintiff received a Notice of Right to Sue from the United States Equal Employment Opportunity Commission on February 13, 2026, and intends to file an amended complaint by March 16, 2026. The parties agree that it is not in the interest of judicial economy for NHL Defendants to respond to the Complaint given Plaintiff's intention to amend. Accordingly, the NHL Defendants request a deadline of May 15, 2026—60 days from March 16, 2025—to answer, move, or otherwise respond to the amended complaint.

      The parties sincerely thank the Court for its time and consideration of the above.

                                                                  Respectfully submitted,

                                                                   /s/ Leo T. Ernst
                                                                   Leo T. Ernst
                                                                   Dana G. Weisbrod

                                                                  *Attorneys for NHL Defendants*

SO ORDERED.

*[signature: Loretta A. Preska]*

_____
Loretta A. Preska
United States District Judge

February 19, 2026