**Fisher & Phillips LLP**

**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9979

**Writer's E-mail:**
bgershengorn@fisherphillips.com

**May 4, 2026**

***VIA ECF***

Hon. Loretta A. Preska
United States District Judge
U.S.D.C for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re:     Harris v. National Hockey League et al. 26-cv-00066 (LAP)

Dear Judge Preska:

We represent Defendants National Hockey League ("NHL"), NHL Enterprises, LP, ("NHL Enterprises"), and Patrice Distler (Ms. Distler") (the "NHL Defendants") in the above-referenced action. We write, jointly with Defendants OC Sports & Entertainment LLC ("OCSE"), Anaheim Ducks Hockey Club LLC, ("ADHC"), Marni Bobich (Ms. Bobich") and Plaintiff (collectively the "Parties"), pursuant to Your Honor's Individual Practices, Rule I(E), to respectfully request an extension until June 26, 2026, for the NHL Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint. Plaintiff consents to this request. This is the NHL's, and Ms. Distler's second such request and NHL Enterprises' first such request. The requested extension does not affect any other scheduled dates.

Plaintiff filed her Amended Complaint on March 16, 2026, adding NHL Enterprises and Ms. Bobich as named Defendants. This Court previously granted a joint request by Plaintiff, the NHL and Ms. Distler to extend the deadline to respond to Plaintiff's pleading to May 15, 2026, a request that was made in anticipation of Plaintiff's Amended Complaint. A Motion to Substitute (the "Motion") was filed with the Court on April 10, 2026, and the Motion was granted on April 22, 2026, permitting the substitution of Fisher Phillips as counsel of record for the NHL and Ms. Distler. *See* Docket Nos. 25 & 29.[1] In order for new counsel to review the Amended Complaint, investigate factual assertions, evaluate potential Rule 12 defenses, and determine whether the NHL Defendants will answer or otherwise move in response, the NHL Defendants request a deadline of June 26, 2026, which, to answer, move, or otherwise respond to the Amended Complaint.

---

[1] Fisher Phillips also entered notices of appearance on behalf of NHL Enterprises on April 13, 2026.  *See* Docket Nos. 26, 27 and 28.

FP 63255254.3

Hon. Loretta A. Preska
May 4, 2026
Page 2


       The NHL Defendants and Plaintiff conferred with OCSE, ADHC and Ms. Bobich and all Parties agree that it is in the interest of judicial economy for OCSE, ADHC and Ms. Bobich to have the same, June 26, 2026, deadline to answer, move, or otherwise respond to the Amended Complaint such that the pleadings align. Accordingly, OCSE, ADHC and Ms. Bobich likewise respectfully make such request. This is OCSE, ADHC and Ms. Bobich's second extension request.

       Additionally, the Parties request that Plaintiff's deadline to respond to any motion by July 17, 2026, and request that the NHL Defendants, OCSE, ADHC and Ms. Bobich reply by July 31, 2026.


Respectfully submitted,

*Brian J. Gershengorn*

Brian J. Gershengorn
For FISHER & PHILLIPS LLP


BJG




**SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

May 4, 2026