UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE HARRIS,<br>Plaintiff,<br>-against-<br>NATIONAL HOCKEY LEAGUE, et al.<br>Defendants. | No. 26-CV-66 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Previously, the Court informed the parties that the Court would schedule a settlement conference unless the parties advised the Court otherwise. Having received no objections, the Court will hold the settlement conference on **July 21, 2026 at 10:00 AM** in Courtroom 12A.[1] Counsel for each party, the Plaintiff, and an in-house representative with decision-making authority for each corporate defendant shall appear for the conference in person; the named or anonymous individual defendants are not required to attend.[2]

By July 16, 2026, each party is also invited to submit a sealed and ex parte settlement letter, by email to chambers, of no

[1] If any party prefers that the discussion be mediated by a magistrate, the party shall advise the Court via ex parte letter no later than July 10, 2026.

[2] The Court understands that the individual defendants are represented by the same counsel that represents the affiliated corporate defendants. If any party believes that the personal attendance of a particular individual defendant is necessary to facilitate a resolution, the party shall also advise the Court via ex parte letter no later than July 10, 2026.

more than ten pages outlining the party's settlement position and any settlement offers that have been made to date.

The Court shall extend the stay of discovery and hold all other deadlines in abeyance pending the settlement conference. If, however, the parties believe that more targeted discovery would facilitate settlement discussions, the Court encourages the parties to confer and make such productions in advance of the conference.

**SO ORDERED.**

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge

July 7, 2026